■ GRANT KELLEY, M.D., Respondent, v MARTHA A. KRONEN-BERG, Appellant. (Appeal No. 1.) [768 NYS2d 875]—Appeal from that part of an order of Supreme Court, Onondaga County (Centra, J.), entered September 10, 2002, that denied defendant's cross motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.